FILED

1   G. Thomas Martin, III., Esq. (SBN 218456)
    Krohn & Moss, Ltd.
2   10474 Santa Monica Blvd., Suite 401
    Los Angeles, CA 90025
3   T: (323) 988-2400; F: (866) 802-0021
    tmartin@consumerlawcenter.com
4   Attorneys for Plaintiff,
    LAURA WILLIAMS

2010 APR -6  AM 9: 35

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| LAURA WILLIAMS, | ) Case No.: CV10 2479 AGR |
| Plaintiff, | ) **COMPLAINT AND DEMAND FOR** |
| | ) **JURY TRIAL** |
| v. | ) |
| | ) **(Unlawful Debt Collection Practices)** |
| NATIONAL ATTORNEY COLLECTION | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## VERIFIED COMPLAINT

LAURA WILLIAMS (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the

following against NATIONAL ATTORNEY COLLECTION SERVICES, INC., (Defendant):

### INTRODUCTION

1   Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15

    U.S.C. 1692 et seq.* (FDCPA).

2   Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection

    Practices Act, *Cal. Civ. Code §1788 et seq* (RFDCPA).

### JURISDICTION AND VENUE

3   Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such

    actions may be brought and heard before "any appropriate United States district court

- 1 -

without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant conducts business and is located in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

7. Plaintiff is a natural person residing in Wayne County, Michigan.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

10. Defendant is a national company with its headquarters in North Hollywood, Los Angeles County, California.

11. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

12. The amount of the alleged debt is six-hundred and seventy-three dollars ($673.00).

13. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

14. Defendant contacts Plaintiff from telephone number (877) 202-5736 seeking and demanding payment for an alleged debt.

PLAINTIFF'S COMPLAINT

15. A representative for Defendant talked to Plaintiff in an abusive and harassing manner. Defendant's representative told Plaintiff that if she did not pay the alleged debt than she would be in even more trouble than she is in now and would have to take check cashing classes.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt.

   b. Defendant violated *§1692d(2)* of the FDCPA by using abusive language when speaking to Plaintiff.

   c. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

WHEREFORE, Plaintiff, LAURA WILLIAMS, respectfully requests judgment be entered against Defendant, NATIONAL ATTORNEY COLLECTION SERVICES, INC., for the following:

17. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

18. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C 1692k,*

19. Actual damages,

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C 1692k*

21. Any other relief that this Honorable Court deems appropriate.

- 3 -

**COUNT II**
**DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION**
**PRACTICES ACT**

22. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

23. Defendant violated the RFDCPA based on the following:

    a. Defendant violated *§1788.11(d)* of the RFDCPA by causing Plaintiff's telephone to ring repeatedly and continuously so as to annoy Plaintiff.

    b. Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to Plaintiff with such frequency that was unreasonable and constituted harassment.

    c. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*

WHEREFORE, Plaintiff, LAURA WILLIAMS, respectfully requests judgment be entered against Defendant, NATIONAL ATTORNEY COLLECTION SERVICES, INC., for the following:

24. Declaratory judgment that Defendant's conduct violated the Rosenthal Fair Debt Collection Practices Act,

25. Statutory damages of $1000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

26. Actual damages,

27. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

28. Any other relief that this Honorable Court deems appropriate.

-4-

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, LAURA WILLIAMS, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

DATED: 3-31-10

KROHN & MOSS, LTD.

By: _____

G. Thomas Martin III
Attorney for Plaintiff

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION[1]

STATE OF MICHIGAN

Plaintiff, LAURA WILLIAMS, states as follows:

1.   I am the Plaintiff in this civil proceeding.
2.   I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.   I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.   I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.   I have filed this Complaint in good faith and solely for the purposes set forth in it
6.   Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7.   Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S C. § 1746(2), I, LAURA WILLIAMS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 02/09/2010                          _Laura Williams_
                                          LAURA WILLIAMS

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR  OR  PLAINTIFF
OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **LAURA WILLIAMS** | | CASE NUMBER |
| | Plaintiff(s), | **CV10- 2479  AGR** |
| V | | STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STASTES MAGISTRATE JUDGE (For use in Magistrate Judge Civil Consent Pilot Project Cases only) |
| **NATIONAL ATTORNEY COLLECTION SERVICES, INC.** | Defendant(s) | |

### *THIS FORM SHALL BE USED ONLY FOR CASES IN WHICH A MAGISTRATE JUDGE IS INITIALLY ASSIGNED PURSUANT TO LOCAL RULE 73-2*

All parties to the above-captioned civil matter are to check one of the two following options and file this document with the Clerk's Office:

☐ In accordance with the provisions of 28 U.S.C. § 636(C) and F.R.Civ.P.73(b), the party or parties listed below to the above-captioned civil matter hereby waive their right to proceed before a District Judge and Consent to have the assigned Magistrate Judge Alicia G. Rosenberg conduct all further proceedings in the case, including trial and entry of final judgment.

Any appeal from a judgment of the assigned Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U.S.C. § 636(c)(3)

☐ The party or parties listed below to the above-captioned civil matter Do Not Consent to proceed before the assigned Magistrate Judge Alicia G. Rosenberg

The party or parties listed below acknowledge that they are free to withhold consent without adverse substantive consequences.

| Name of Counsel (OR Party if Pro Per) | Signature and date | Counsel for (Name Parties) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

☐ Check this box if all parties have consented to proceed before the assigned Magistrate Judge

## NOTICE TO COUNSEL FROM CLERK

All parties having consented to proceed before the assigned magistrate judge, this case will remain assigned to United States Magistrate Judge Alicia G. Rosenberg for all further proceedings.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| LAURA WILLIAMS | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | **CV10 2479** *AGR* |
| NATIONAL ATTORNEY COLLECTION SERVICES, INC. | |
| DEFENDANT(S) | **SUMMONS** |

TO:   DEFENDANT(S): NATIONAL ATTORNEY COLLECTION SERVICES, INC.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _G. Thomas Martin, III_____, whose address is _Krohn & Moss, Ltd.; 10474 Santa Monica Blvd., Suite 401; Los Angeles, CA 90025_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: APR - 6 2010

By: _____

**CHRISTOPHER POWERS**

Deputy Clerk

*(Seal of the Court)*

SEAL

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)]*

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐) <br> LAURA WILLIAMS | **DEFENDANTS** <br> NATIONAL ATTORNEY COLLECTION SERVICES, INC. |
| **(b)** Attorneys (Firm Name, Address and Telephone Number If you are representing yourself, provide same ) <br><br> Krohn & Moss, Ltd ; G  Thomas Martin, III , Esq <br> 10474 Santa Monica Blvd , Suite 401; Los Angeles, CA 90025 <br> (323) 988-2400 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only )

☐ 1 U S  Government Plaintiff    ☑ 3 Federal Question (U S  Government Not a Party)

☐ 2 U S  Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III  CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant )

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only )

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V  REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint )

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U S  Civil Statute under which you are filing and write a brief statement of cause  Do not cite jurisdictional statutes unless diversity )

15 USC 1692 et seq ; Unlawful and Abusive Debt Collection Practices

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400  State Reapportionment | ☐ 110  Insurance | ☐ 310  Airplane | ☐ 370  Other Fraud | ☐ 510  Motions to Vacate Sentence | ☐ 710  Fair Labor Standards Act |
| ☐ 410  Antitrust | ☐ 120  Marine | ☐ 315  Airplane Product Liability | ☐ 371  Truth in Lending | Habeas Corpus | ☐ 720  Labor/Mgmt Relations |
| ☐ 430  Banks and Banking | ☐ 130  Miller Act | ☐ 320  Assault Libel & Slander | ☐ 380  Other Personal Property Damage | ☐ 530  General | ☐ 730  Labor/Mgmt Reporting & |
| ☐ 450  Commerce/ICC Rates/etc | ☐ 140  Negotiable Instrument | ☐ 330  Fed  Employers' Liability | ☐ 385  Property Damage Product Liability | ☐ 535  Death Penalty <br> ☐ 540  Mandamus/ | Disclosure Act |
| ☐ 460  Deportation | ☐ 150  Recovery of Overpayment & Enforcement of Judgment | ☐ 340  Marine | BANKRUPTCY | Other | ☐ 740  Railway Labor Act |
| ☐ 470  Racketeer Influenced and Corrupt Organizations | | ☐ 345  Marine Product Liability | ☐ 422  Appeal 28 USC 158 | ☐ 550  Civil Rights <br> ☐ 555  Prison Condition | ☐ 790  Other Labor Litigation |
| ☑ 480  Consumer Credit | ☐ 151  Medicare Act | ☐ 350  Motor Vehicle | ☐ 423  Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791  Empl Ret Inc Security Act |
| ☐ 490  Cable/Sat TV | ☐ 152  Recovery of Defaulted Student Loan (Excl Veterans) | ☐ 355  Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610  Agriculture | PROPERTY RIGHTS |
| ☐ 810  Selective Service | | ☐ 360  Other Personal Injury | ☐ 441  Voting | ☐ 620  Other Food & Drug | ☐ 820  Copyrights |
| ☐ 850  Securities/Commodities/ Exchange | ☐ 153  Recovery of Overpayment of Veteran's Benefits | ☐ 362  Personal Injury-Med Malpractice | ☐ 442  Employment | ☐ 625  Drug Related Seizure of | ☐ 830  Patent <br> ☐ 840  Trademark |
| ☐ 875  Customer Challenge 12 USC 3410 | ☐ 160  Stockholders' Suits | ☐ 365  Personal Injury-Product Liability | ☐ 443  Housing/Acco-mmodations | Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890  Other Statutory Actions | ☐ 190  Other Contract | ☐ 368  Asbestos Personal Injury Product Liability | ☐ 444  Welfare | ☐ 630  Liquor Laws | ☐ 861  HIA (1395ff) |
| ☐ 891  Agricultural Act | ☐ 195  Contract Product Liability | | ☐ 445  American with Disabilities - Employment | ☐ 640  R R  & Truck | ☐ 862  Black Lung (923) |
| ☐ 892  Economic Stabilization Act | ☐ 196  Franchise | REAL PROPERTY | | ☐ 650  Airline Regs | ☐ 863  DIWC/DIWW (405(g)) |
| ☐ 893  Environmental Matters | REAL PROPERTY | ☐ 210  Land Condemnation | ☐ 446  American with Disabilities - Other | ☐ 660  Occupational Safety /Health | ☐ 864  SSID Title XVI |
| ☐ 894  Energy Allocation Act | ☐ 210  Land Condemnation | ☐ 220  Foreclosure | ☐ 440  Other Civil Rights | ☐ 690  Other | ☐ 865  RSI (405(g)) |
| ☐ 895  Freedom of Info  Act | ☐ 220  Foreclosure | ☐ 230  Rent Lease & Ejectment | IMMIGRATION | | FEDERAL TAX SUITS |
| ☐ 900  Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230  Rent Lease & Ejectment <br> ☐ 240  Torts to Land | ☐ 240  Torts to Land <br> ☐ 245  Tort Product Liability | ☐ 462  Naturalization Application | | ☐ 870  Taxes (U S  Plaintiff or Defendant) |
| ☐ 950  Constitutionality of State Statutes | ☐ 245  Tort Product Liability <br> ☐ 290  All Other Real Property | ☐ 290  All Other Real Property | ☐ 463  Habeas Corpus-Alien Detainee <br> ☐ 465  Other Immigration Actions | | ☐ 871  IRS-Third Party 26 USC 7609 |

CV10  2479

**FOR OFFICE USE ONLY:**    Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A  Arise from the same or closely related transactions, happenings, or events; or
                   ☐ B  Call for determination of the same or substantially related or similar questions of law and fact; or
                   ☐ C  For other reasons would entail substantial duplication of labor if heard by different judges; or
                   ☐ D  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary )

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Michigan |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X SIGNATURE OF ATTORNEY (OR PRO PER):     Date   3/30/10

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet  (For more detailed instructions, see separate instructions sheet )

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended  Also, include claims by hospitals, skilled nursing facilities, etc, for certification as providers of services under the program  (42 U S C  1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969  (30 U S C  923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability  (42 U S C  405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended  (42 U S C  405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended  (42 U S C  (g)) |