G. Thomas Martin, III., Esq. (SBN: 218456)
Krohn & Moss, Ltd
10474  Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x252
Fax: 866-829-5083
tmartin@consumerlawcenter.com
Attorneys for Plaintiff
LAURA WILLIAMS

# UNITED STATE DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LAURA WILLIAMS )<br><br>            Plaintiff, )<br><br>     vs. )<br><br>NATIONAL ATTORNEY<br>COLLECTION SERVICES, INC. )<br><br>            Defendant. ) | **Case No.: CV-10-2479**<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES the Plaintiff, LAURA WILLIAMS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

- 1 -

Notice of Settlement

1  Respectfully Submitted,

2  DATED: June 1, 2010          KROHN & MOSS, LTD.

3

4                               By:  /s/ G. Thomas Martin            _

                                  G. Thomas Martin
5                                 Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 2 -

Notice of Settlement