Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 755-0945
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
LAURA WILLIAMS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| LAURA WILLIAMS, | ) |
| Plaintiff, | ) Case No.: 2:10-cv-02479-AGR |
| v. | ) **VOLUNTARY DISMISSAL** |
| NATIONAL ATTORNEY COLLECTION SERVICES, INC., | ) |
| Defendant. | ) |

**<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff, LAURA WILLIAMS, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: July 7, 2010                                  KROHN & MOSS, LTD.

                                                      By:<u>/s/ Nicholas J. Bontrager</u>
                                                         Nicholas J. Bontrager
                                                         Attorneys for Plaintiff
                                                         LAURA WILLIAMS